UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PLANET FITNESS ENTERPRISES, INC., et al.,

    Plaintiffs,

v.                                              CASE NO: 8:08-cv-2305-T-26TGW

PFIP, LLC, et al.,

    Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Plaintiffs' Unopposed Motion for Rule 16 Pretrial Conference (Dkt. 22) is denied as unnecessary. Counsel for the parties are directed to confer within thirty (30) days of this order and thereafter to file within seven (7) days of their meeting a case management report which complies with Local Rule 3.05(c)(2)(C). Counsel is permitted to conduct the case management conference by telephone.

**DONE AND ORDERED** at Tampa, Florida, on April 30, 2009.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record