UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PLANET FITNESS ENTERPRISES, INC.,
YOU FIT, INC., and YOU FIT-ONE, INC.,

    Plaintiffs,

v.                                                   CASE NO: 8:08-cv-2305-T-26TGW

PFIP, LLC, and PLA-FIT FRANCHISE, LLC,

    Defendants.
_____/

PFIP, LLC, and PLA-FIT FRANCHISE, LLC,

    Counter-Claimants,

v.

PLANET FITNESS ENTERPRISES, INC.,
YOU FIT, INC., YOU FIT-ONE, INC.,
YOU FIT-TWO, INC., YOU FIT-THREE, INC.,
YOU FIT-FOUR, INC., YOU FIT-FIVE, INC.,
RICK BERKS, CHRISTY BERKS-STROSS, and
JASON STROSS,

    Counter-Defendants.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that the Unopposed Motion to File Second Amended Counterclaim (Dkt. 54) is granted. The Counter-Defendants shall file their responses to the second amended counterclaim on or before November 16, 2009. The Motions to Dismiss First Amended Counterclaim (Dkts. 47 and 48) are denied as moot.

**DONE AND ORDERED** at Tampa, Florida, on November 2, 2009.

         s/*Richard A. Lazzara*
         **RICHARD A. LAZZARA**
         **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record