PLANET FITNESS ENTERPRISES, INC.,
YOU FIT, INC., and YOU FIT-ONE, INC.,

     Plaintiffs,

v.                                    CASE NO: 8:08-cv-2305-T-26TGW

PFIP, LLC, PLA-FIT FRANCHISE, LLC,
and MICHAEL GRONDAHL,

     Defendants.
_____/

PFIP, LLC and PLA-FIT FRANCHISE, LLC,

     Counter-Plaintiffs,

v.

PLANET FITNESS ENTERPRISES, INC.,
YOU FIT, INC., YOU FIT-ONE, INC.,
YOU FIT-TWO, INC., YOU FIT-THREE, INC.,
YOU FIT-FOUR, INC., YOU FIT-FIVE, INC.,
RICK BERKS, CHRISTY BERKS-STROSS, and
JASON STROSS,

     Counter-Defendants.

_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff's Unopposed Motion to

File Amended Count IX to the Amended Complaint (Dkt. 76) is granted. Defendant Grondahl

shall file a response to the amended complaint within ten (10) days of service.  The Motion to

Dismiss the Amended Complaint as to Defendant Michael Grondahl (Dkt. 52) is denied as moot.

       **DONE AND ORDERED** at Tampa, Florida, on December 4, 2009.


           s/*Richard A. Lazzara*
           **RICHARD A. LAZZARA**
           **UNITED STATES DISTRICT JUDGE**


**COPIES FURNISHED TO**:
Counsel of Record